UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Victor Rodriguez                                     Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

~~CR ( )( )~~

20 Mag 4711

Defendant __Victor Rodriguez__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓  Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing  *

___ Conference Before a Judicial Officer

/s/ Victor Rodriguez
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Victor Rodriguez__
Print Defendant's Name

_____
Defendant's Counsel's Signature

__Matthew J. Kluger__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

May 7, 2020
_____
Date

__Judith C. McCarthy__
_____
U.S. District Judge/U.S. Magistrate Judge

* Defendant will consent to detention without prejudice